# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Baldock, Bobby R. | 2. Court or Organization<br><br>U.S. Court of Appeals-10th Cir | 3. Date of Report<br><br>04/04/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

P.O. Box 2388
Roswell, New Mexico 88202-2388

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Blackstone Legal Fellowship | July 31-August 1, 2018 | Washington, DC | Speaker | Travel, lodging, and meals |
| 2. | Arizona Christian University | November 7-8, 2018 | Phoenix, AZ | Speaker | Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baldock, Bobby R.** | 04/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pioneer Savings Bank | A | Interest | M | T | | | | | |
| 2. Silver and silver coins | | None | J | T | | | | | |
| 3. Gold coins | | None | J | T | | | | | |
| 4. Lot in South Spring Acres, Roswell, NM | | None | J | W | | | | | |
| 5. Stock in South Spring Acres, Roswell, NM | | None | K | W | | | | | |
| 6. Cash Value Life Insurance, AXA Equitable (Money Market Acct) (Y) | | | | | | | | | |
| 7. IRA #1 (H) | | | | | | | | | |
| 8. Bank of America, N.A. (formerly Merrill Lynch Ret. Reserves) (cash) | A | Interest | J | T | | | | | |
| 9. XCEL Energy Inc. (XEL) | C | Dividend | L | T | | | | | |
| 10. Lord Abbett Total Return Fund CL A (LTRAX) | A | Dividend | K | T | Sold (part) | 01/11/18 | K | | |
| 11. Brokerage Account #1 (H) | | | | | | | | | |
| 12. ML BANK DEPOSIT PROGRAM | A | Int./Div. | K | T | | | | | |
| 13. ISHARES CORE US AGGREGATE BOND ETF (AGG) | A | Dividend | M | T | Buy | 12/11/18 | M | | |
| 14. ISHARES CORE S&P TOTAL US STOCK MKT ETF (ITOT) | A | Dividend | L | T | Buy | 12/11/18 | L | | |
| 15. INVESCO EMERG MKTS SOV DEBT ETF (PCY) | A | Dividend | | | Buy | 06/04/18 | K | | |
| 16. | | | | | Sold (part) | 06/20/18 | J | | |
| 17. | | | | | Sold (part) | 12/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 12/11/18 | J | | |
| 19. INVESCO PREFERRED ETF (PGX) | A | Dividend | | | Buy | 06/04/18 | J | | |
| 20. | | | | | Sold (part) | 12/06/18 | J | | |
| 21. | | | | | Sold | 12/11/18 | J | | |
| 22. ISHARES MSCI EAFE (EFA) | | None | | | Sold | 01/30/18 | L | E | |
| 23. ISHARES IBOXX$ INVT GRADE CORP BD FUND (LQD) | B | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 24. | | | | | Buy (add'l) | 06/21/18 | K | | |
| 25. | | | | | Sold (part) | 12/06/18 | K | | |
| 26. | | | | | Sold | 12/11/18 | K | | |
| 27. ISHARES TIPS BOND ETF (TIP) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 28. | | | | | Sold (part) | 12/06/18 | J | | |
| 29. | | | | | Sold | 12/11/18 | J | | |
| 30. ISHARES 3-7 YEAR TREASURY BOND ETF (IEI) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 31. | | | | | Sold (part) | 03/28/18 | J | | |
| 32. | | | | | Sold (part) | 12/06/18 | K | | |
| 33. | | | | | Sold (part) | 12/11/18 | K | | |
| 34. ISHARES MBS (MBB) | B | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 03/28/18 | J | | |
| 36. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 37. | | | | | Sold (part) | 12/06/18 | K | | |
| 38. | | | | | Sold (part) | 12/11/18 | K | | |
| 39. ISHARES MSCI ACWI EX US ETF (ACWX) | A | Dividend | K | T | Buy | 12/11/18 | K | | |
| 40. ISHARES IBOXX$ HIGH YIEL CORPORATE BOND FUND (HYG) | A | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 41. | | | | | Sold (part) | 12/06/18 | J | | |
| 42. | | | | | Sold | 12/11/18 | J | | |
| 43. ISHARES INC CORE MSCI EMERGING MKTS ETF (IEMG) | A | Dividend | K | T | Sold (part) | 01/30/18 | J | B | |
| 44. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 45. | | | | | Sold (part) | 12/06/18 | J | | |
| 46. ISHARES TR CORE MSCI EAF ETF (IEFA) | B | Dividend | | | Buy | 01/30/18 | L | | |
| 47. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 48. | | | | | Sold (part) | 06/20/18 | J | | |
| 49. | | | | | Sold (part) | 12/06/18 | K | | |
| 50. | | | | | Sold | 12/11/18 | K | | |
| 51. POWERSHARES EM SOVEREIGN BOND (PCY) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 06/04/18 | K | | |
| 53. POWERSHARES PREFERRED PORTFOLIO (PGX) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 54. | | | | | Sold | 06/04/18 | J | | |
| 55. VANECK VECTORS JP MORGAN EM (EMLC) | A | Dividend | | | Sold (part) | 06/20/18 | J | | |
| 56. | | | | | Sold | 12/11/18 | J | | |
| 57. VANGUARD SMALL CAP VALUE (VBR) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 58. | | | | | Sold (part) | 03/28/18 | J | B | |
| 59. | | | | | Sold (part) | 06/21/18 | J | A | |
| 60. | | | | | Sold (part) | 12/06/18 | J | | |
| 61. | | | | | Sold (part) | 12/11/18 | J | | |
| 62. VANGUARD SMALL CAP GROWTH ETF (VBK) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 63. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 64. | | | | | Sold (part) | 12/06/18 | J | | |
| 65. | | | | | Sold (part) | 12/11/18 | J | | |
| 66. VANGUARD VALUE ETF (VTV) | B | Dividend | L | T | Sold (part) | 01/31/18 | K | C | |
| 67. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 68. | | | | | Sold (part) | 06/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/06/18 | K | D | |
| 70. VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | Sold (part) | 01/31/18 | K | C | |
| 71. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 72. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 73. | | | | | Sold (part) | 12/06/18 | K | C | |
| 74. VANGUARD INTERMEDIATE TERM BOND ETF (BIV) | B | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 75. | | | | | Sold (part) | 03/28/18 | J | | |
| 76. | | | | | Sold (part) | 06/21/18 | J | | |
| 77. | | | | | Sold (part) | 12/06/18 | K | | |
| 78. | | | | | Sold | 12/11/18 | K | | |
| 79. VANGUARD SHORT TERM BOND (BSV) | B | Dividend | K | T | Buy (add'l) | 01/31/18 | J | | |
| 80. | | | | | Sold (part) | 03/28/18 | J | | |
| 81. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 82. | | | | | Sold (part) | 12/06/18 | K | | |
| 83. | | | | | Sold (part) | 12/11/18 | K | | |
| 84. ANNUITY #1 (H) | | | | | | | | | |
| 85. ALLSTATE ANNUITY - FIXED | | None | M | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Oil & Gas Items: (H) | | | | | | | | | |
| 87. XTO Energy Production | A | Royalty | J | W | | | | | |
| 88. BP Am Production Company | A | Royalty | K | W | | | | | |
| 89. Hilcorp San Juan, L.P. | C | Royalty | K | W | | | | | |
| 90. Sunco Oil & Gas Production | A | Royalty | J | W | | | | | |
| 91. Great Western Drillling Company | A | Royalty | K | W | | | | | |
| 92. El Paso Production Company - (Finley Resources, Inc.) | B | Royalty | J | W | | | | | |
| 93. Working interest in Mewbourne Oil, Eddy County, NM | A | Royalty | J | W | | | | | |
| 94. Hunker Commune (Holly, Bluestem, Rio Oil & Gas, COG Operating) | A | Royalty | J | W | | | | | |
| 95. Minerals, Washita County, OK (BBX Oil Corp.) | A | Rent | J | W | | | | | |
| 96. Navajo, Hockley County, TX | A | Royalty | J | W | | | | | |
| 97. Working interest in Hodges - Hockley County, TX | A | Royalty | J | T | | | | | |
| 98. Working interest in Jeffers-Hockley County, TX | A | Royalty | J | T | | | | | |
| 99. Working interest in Pair- Hockley County, TX | A | Royalty | J | T | | | | | |
| 100. Working interest in Reed-Hockley County, TX | A | Royalty | J | T | | | | | |
| 101. Working interest in White-Hockley County, TX | A | Royalty | J | T | | | | | |
| 102. Working interest in Terry-Hockley County, TX | A | Royalty | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R. | 04/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bobby R. Baldock**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544